**VERIFICATION**

I, William B. Federman, Trustee for The William B. Federman Irrevocable Trust (the "Trust"), hereby verify that the Trust has held stock in Bumble Inc. ("Bumble" or the "Company"), continuously since the day of the Company's initial public offering. As such, the Trust was a stockholder at the time of the transactions complained of in the Verified Stockholder Derivative Complaint (the "Complaint"). The Trust and I, on behalf of the Trust, are ready, willing, and able to pursue this stockholder derivative action on behalf of and for the benefit of Bumble. I have reviewed the allegations in the attached Complaint, and as to those allegations of which I have personal knowledge, I know those allegations to be true, accurate and complete. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation, and for that reason I believe them to be true. Having received a copy of the Complaint, and having reviewed it with my counsel, I hereby authorize its filing.

*William B Federman*
William B Federman (May 27, 2022 15:38 CDT)

William B. Federman, Trustee for the
The William B. Federman Irrevocable Trust